UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENTER FOR INDEPENDENCE OF THE DISABLED, NEW YORK, a nonprofit organization, BROOKLYN CENTER FOR INDEPENDENCE OF THE DISABLED, a nonprofit organization, BRONX INDEPENDENT LIVING SERVICES, a nonprofit organization, HARLEM INDEPENDENT LIVING SERVICES, a nonprofit organization, DISABLED IN ACTION OF METROPOLITAN NEW YORK, a nonprofit organization, NEW YORK STATEWIDE SENIOR ACTION COUNCIL, a nonprofit organization, SASHA BLAIR-GOLDENSOHN, an individual, CHRIS PANGILINAN, an individual, and DUSTIN JONES, an individual, on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br>-against-<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, a public benefit corporation, VERONIQUE HAKIM, in her official capacity as interim executive director of the Metropolitan Transportation Authority, NEW YORK CITY TRANSIT AUTHORITY, a public benefit corporation, DARRYL C. IRICK, in his official capacity as acting president of the New York City Transit Authority, and THE CITY OF NEW YORK,<br><br>                  Defendants. | No. 17-cv-2990<br><br>**PROPOSED ORDER FOR**<br>**WITHDRAWAL OF ATTORNEY**<br><br> |

Plaintiffs ask that the Court grant the withdrawal of Maia Goodell as counsel for Plaintiffs. Withdrawal of Ms. Goodell is sought because she is no longer an attorney employed by Disability Rights Advocates. Ms. Goodell's withdrawal will not prejudice any litigants in this case, harm the administration of justice, or delay resolution of this case, as all other counsel for

Plaintiffs – Michelle Caiola, Jelena Kolic, and Emily Seelenfreund, of Disability Rights Advocates, and Daniel Brown, of Sheppard, Mullin, Richter & Hampton LLP – continue their representation in this matter. All future correspondence and papers in this action should continue to be directed to them.

Dated: November 20, 2019
New York, NY

Respectfully submitted,

DISABILITY RIGHTS ADVOCATES

*[signature]*

Michelle Caiola
Emily Seelenfreund
DISABILITY RIGHTS ADVOCATES
655 Third Avenue, 14th floor
New York, NY 10017
Phone: 212-644-8644

Jelena Kolic
DISABILITY RIGHTS ADVOCATES
10 South LaSalle Street, 18th floor
Chicago, IL 60613
Tel: 312-559-4660 ext. 7560

Daniel L. Brown
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza, 39th floor
New York, NY 10112
Phone: 212-653-8700

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED: NOV 2 1 2019

*[signature]*

Honorable George Daniels
United States District Judge