UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK



CENTER FOR INDEPENDENCE OF THE
DISABLED, NEW YORK, a nonprofit
organization, BROOKLYN CENTER FOR
INDEPENDENCE OF THE DISABLED, a
nonprofit organization, BRONX
INDEPENDENT LIVING SERVICES, a
nonprofit organization, HARLEM
INDEPENDENT LIVING SERVICES, a
nonprofit organization, DISABLED IN
ACTION OF METROPOLITAN NEW YORK,
a nonprofit organization, NEW YORK
STATEWIDE SENIOR ACTION COUNCIL,
a nonprofit organization, SASHA BLAIR-
GOLDENSOHN, an individual, CHRIS
PANGILINAN, an individual, and DUSTIN
JONES, an individual, on behalf of themselves
and all others similarly situated,

                Plaintiffs,

-against-

METROPOLITAN TRANSPORTATION
AUTHORITY, a public benefit corporation,
VERONIQUE HAKIM, in her official capacity
as interim executive director of the
Metropolitan Transportation Authority, NEW
YORK CITY TRANSIT AUTHORITY, a
public benefit corporation, DARRYL C.
IRICK, in his official capacity as acting
president of the New York City Transit
Authority, and THE CITY OF NEW YORK,

                Defendants.

No. 17-cv-2990

**PROPOSED ORDER FOR
WITHDRAWAL OF ATTORNEY**

Plaintiffs ask that the Court grant the withdrawal of Seth Packrone as counsel for

Plaintiffs. Mr. Packrone's withdrawal will not prejudice any litigants in this case, harm the

administration of justice, or delay resolution of this case, as all other counsel for Plaintiffs –

Michelle Caiola, Jelena Kolic, and Emily Seelenfreund, of Disability Rights Advocates, and

Daniel Brown, of Sheppard, Mullin, Richter & Hampton LLP – continue their representation in this matter. All future correspondence and papers in this action should continue to be directed to them.

Dated: February 27, 2020
New York, NY

Respectfully submitted,

DISABILITY RIGHTS ADVOCATES

*Seth Packrone*

Seth Packrone
Michelle Caiola
Emily Seelenfreund
DISABILITY RIGHTS ADVOCATES
655 Third Avenue, 14th floor
New York, NY 10017
Phone: 212-644-8644

Jelena Kolic
DISABILITY RIGHTS ADVOCATES
10 South LaSalle Street, 18th floor
Chicago, IL 60613
Tel: 312-559-4660 ext. 7560

Daniel L. Brown
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
30 Rockefeller Plaza, 39th floor
New York, NY 10112
Phone: 212-653-8700

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED: FEB 2 8 2020, 2020

*George B. Daniels*

Honorable George Daniels
United States District Judge