**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X
CENTER FOR INDEPENDENCE OF THE
DISABLED, NEW YORK, a nonprofit organization,
BROOKLYN CENTER FOR INDEPENDENCE
OF THE DISABLED, a nonprofit organization,
BRONX INDEPENDENT LIVING SERVICES, a
nonprofit organization, HARLEM INDEPENDENT
LIVING CENTER, a nonprofit organization,
DISABLED IN ACTION OF METROPOLITAN
NEW YORK, a nonprofit organization, NEW
YORK STATEWIDE SENIOR ACTION COUNCIL,
a nonprofit organization, SASHA BLAIR-
GOLDENSOHN, an individual, CHRIS
PANGILINAN, an individual, and DUSTIN
JONES, an individual, on behalf of themselves
and all others similarly situated,

                   Plaintiffs,                17 **CIVIL** 2990 (GBD)

      -against-                           **JUDGMENT**

METROPOLITAN TRANSPORTATION
AUTHORITY, a public benefit corporation,
VERONIQUE HAKIM, in her official capacity as
interim executive director of the Metropolitan
Transportation Authority, NEW YORK CITY
TRANSIT AUTHORITY, a public benefit
corporation, DARRYL C. IRICK, in his official
capacity as acting president of the New York City
Transit Authority, and THE CITY OF NEW YORK

                   Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 30, 2020, Plaintiffs' motion for partial summary judgment (ECF No. 157) is denied; Defendants' motion for summary judgment (ECF No. 157 is granted.

**Dated:** New York, New York
March 31, 2020

                                              **RUBY J. KRAJICK**
                                              _____
                                                  **Clerk of Court**
**BY:**
         _____
                                             **Deputy Clerk**