**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CENTER FOR INDEPENDENCE OF THE DISABLED, :
NEW YORK, *a nonprofit organization*; BROOKLYN      :
CENTER FOR INDEPENDENCE OF THE DISABLED, :
*a nonprofit organization*; BRONX INDEPENDENT       :
LIVING SERVICES, *a nonprofit organization*;          :
HARLEM INDEPENDENT LIVING CENTER, *a*              :
*nonprofit organization*; DISABLED IN ACTION OF      :
METROPOLITAN NEW YORK, *a nonprofit*              :
*organization*; NEW YORK STATEWIDE SENIOR        :
ACTION COUNCIL, *a nonprofit organization*; SASHA  :
BLAIR-GOLDENSOHN, *an individual*; CHRIS           :
PANGILINAN, *an individual*; DUSTIN JONES, *an*     :
*individual, on behalf of themselves and all others*    :
*similarly situated*,                                       :

                            Plaintiffs,       :

             -against-                              :

METROPOLITAN TRANSPORTATION             :
AUTHORITY, *a public benefit corporation*;          :
VERONIQUE HAKIM, *in her official capacity as*     :
*interim executive director of the Metropolitan*        :
*Transportation Authority*; NEW YORK CITY TRANSIT :
AUTHORITY, *a public benefit corporation*; DARRYL  :
C. IRICK, *in his official capacity as acting president of* :
*the New York City Transit Authority*,                :

                        Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

<u>ORDER</u>

17 Civ. 2990 (GBD)



GEORGE B. DANIELS, United States District Judge:

    A status conference is scheduled for November 3, 2021 at 9:45 am.

Dated: October 25, 2021
      New York, New York

                                SO ORDERED.

                                GEORGE B. DANIELS
                                United States District Judge