**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x

CENTER FOR INDEPENDENCE OF THE DISABLED, NEW YORK, *a nonprofit organization*; BROOKLYN CENTER FOR INDEPENDENCE OF THE DISABLED, *a nonprofit organization*; BRONX INDEPENDENT LIVING SERVICES, *a nonprofit organization*; HARLEM INDEPENDENT LIVING CENTER, *a nonprofit organization*; DISABLED IN ACTION OF METROPOLITAN NEW YORK, *a nonprofit organization*; NEW YORK STATEWIDE SENIOR ACTION COUNCIL, *a nonprofit organization*; SASHA BLAIR-GOLDENSOHN, *an individual*; CHRIS PANGILINAN, *an individual*; DUSTIN JONES, *an individual, on behalf of themselves and all others similarly situated*,

                                Plaintiffs,

-against-

METROPOLITAN TRANSPORTATION AUTHORITY, *a public benefit corporation*; VERONIQUE HAKIM, *in her official capacity as interim executive director of the Metropolitan Transportation Authority*; NEW YORK CITY TRANSIT AUTHORITY, *a public benefit corporation*; DARRYL C. IRICK, *in his official capacity as acting president of the New York City Transit Authority*,

                                Defendants.

------------------------------------------x



ORDER

17 Civ. 2990 (GBD)

GEORGE B. DANIELS, United States District Judge:

       The conference scheduled for November 3, 2021 at 9:45 am shall occur as a videoconference using the Microsoft Teams platform.

       To optimize the quality of the video feed, only the Court and counsel for each party will appear by video for the proceeding; all others will participate by telephone. Due to the limited capacity of the Microsoft Teams system, only one counsel per party may participate. Co-counsel,

members of the press, and the public may access the audio feed of the conference by calling (332) 249-0608 and entering the conference ID 673 968 067 #.

To optimize use of the Court's video conferencing technology, all participants in the call must:

1. Use a browser other than Internet Explorer to access Microsoft Teams;
2. Position the participant's device as close to the WiFi router as is feasible;
3. Ensure any others in the participant's household are not using WiFi during the period of the call;
4. Unless the participant is using a mobile telephone to access Microsoft Teams, connect to audio by having the system call the participant;

If there is ambient noise, the participant must mute his or her device when not speaking. Further, all participants must identify themselves every time they speak, spell any proper names for the court reporter, and take care not to interrupt or speak over one another. Finally, all of those accessing the conference — whether in listen-only mode or otherwise — are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

To the extent that there are any documents relevant to the proceeding, counsel should submit them to the Court (by email or on ECF, as appropriate) prior to the proceeding.

Dated: October OCT 28 2021
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge