

# HOGUET NEWMAN
# REGAL & KENNEY,LLP

One Grand Central Place  
60 East 42nd Street, 48th Floor  
New York, New York 10165

Tel  212.689.8808  
Fax  212.689.5101  
www.hnrklaw.com

ilipton@hnrklaw.com

October 10, 2022

**VIA ECF**

Hon. George B. Daniels  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007-1312

SO ORDERED:

*George B. Daniels*  
George B. Daniels, U.S.D.J.

Dated: **OCT 1 2 2022**

**Re:    CIDNY et al. v. MTA et al., No. 17-2990-cv**

Dear Judge Daniels:

We represent the Transit Defendants and write with Plaintiffs' counsel to respectfully request an extension of the discovery schedule, and a corresponding modification of the briefing schedule for supplemental dispositive motion practice. This is the sixth request for an extension of discovery since this matter was returned to the District Court.

Since our last status report, the parties have completed all outstanding fact discovery and Transit Defendants have served a supplemental expert report. Plaintiffs intend to serve a rebuttal report and the parties wish to take depositions of one another's experts. Counsel are of the view that additional time is needed to compete the expert phase of discovery to allow sufficient time following the close of expert discovery to submit dispositive papers, while allowing for the Holidays. Accordingly, the parties respectfully request that the Court approve the revised schedule set forth below:

| Event | Current Deadline | Proposed Extension |
|---|---|---|
| Fact discovery deadline | Complete | N/A |
| Supplemental expert reports served | Complete | N/A |
| Rebuttal reports served | October 26, 2022 | November 23, 2022 |
| Expert deposition deadline | November 4, 2022 | December 9, 2022 |
| Opening briefs | November 23, 2022 | January 6, 2023 |
| Opposition briefs | December 16, 2022 | January 27, ~~2022~~ 2023 |
| Reply briefs | January 6, ~~2022~~ 2023 | February 17, 2023 |

Case 1:17-cv-02989-GBD Document 2484 Filed 10/11/22 Page 2 of 2

Hon. George B. Daniels
October 10, 2022
Page 2

HOGUET NEWMAN
REGAL & KENNEY, LLP

We thank the Court in advance for its consideration.

Respectfully submitted,

Ira J. Lipton

cc: All counsel of record (*via ECF*)