UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D

CENTER FOR INDEPENDENCE OF THE DISABLED, NEW YORK, a nonprofit organization, BROOKLYN CENTER FOR INDEPENDENCE OF THE DISABLED, a nonprofit organization, BRONX INDEPENDENT LIVING SERVICES, a nonprofit organization, HARLEM INDEPENDENT LIVING CENTER, a nonprofit organization, DISABLED IN ACTION OF METROPOLITAN NEW YORK, a nonprofit organization, NEW YORK STATEWIDE SENIOR ACTION COUNCIL, a nonprofit organization, SASHA BLAIR-GOLDENSOHN, an individual, CHRIS PANGILINAN, an individual, and DUSTIN JONES, an individual, on behalf of themselves and all others similarly situated,

Plaintiffs,

-against-

METROPOLITAN TRANSPORTATION AUTHORITY, a public benefit corporation, VERONIQUE HAKIM, in her official capacity as interim executive director of the Metropolitan Transportation Authority, NEW YORK CITY TRANSIT AUTHORITY, a public benefit corporation, DARRYL C. IRICK, in his official capacity as acting president of the New York City Transit Authority, and THE CITY OF NEW YORK,

Defendants.

17 Civ. 2990 (GBD)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE,** that upon the Declaration of Ira J. Lipton, Esq., and the accompanying exhibits, Defendants' Statement of Material Facts Pursuant to Local Rule 56.1, and the Memorandum of Law in Support of Defendants' Motion for Summary Judgment, and all prior

proceedings in this case, Defendants Metropolitan Transportation Authority, New York City Transit Authority, Veronique Hakim, and Darryl C. Irick, by and through their attorneys Hoguet Newman Regal & Kenney, LLP, will move this Court, before the Honorable George B. Daniels, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, for an order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment in favor of Defendants on all claims alleged against it and dismissing the Complaint in its entirety and with prejudice, and for such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Court Order, dated March 8, 2021, opposition papers, if any, are to be served on April 14, 2023, and Defendants' reply papers are to be served on or before April 28, 2023.

Dated: March 17, 2023
New York, New York

Hoguet Newman Regal & Kenney, LLP

By: ______________________________
Ira J. Lipton
Helene R. Hechtkopf
Miriam J. Manber
Steven Silverberg
Alison Ward
One Grand Central Place
60 E. 42nd Street, 48th Floor
New York, NY 10165
(212) 689-8808

*Attorneys for Defendants*