UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CENTER FOR INDEPENDENCE OF THE
DISABLED, NEW YORK et al.,

                               Plaintiffs,                    17-cv-2990 (GBD) (VF)

            -against-                                  **ORDER**

METROPOLITAN TRANSPORTATION
AUTHORITY et al.,
                              Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      A pre-motion conference in this matter to discuss the issues raised at ECF Nos. 274 and 276 is hereby scheduled for **Monday, June 5, 2023, at 3:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

                           **SO ORDERED.**

DATED:    New York, New York
               May 22, 2023

                                                           VALERIE FIGUEREDO
                                                            United States Magistrate Judge