

One Grand Central Place
60 East 42nd Street, 48th Floor
New York, New York 10165

Tel 212.689.8808
Fax 212.689.5101
www.hnrklaw.com

mmanber@hnrklaw.com

June 27, 2023

**VIA ECF**

Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> **Application Granted**
>
> /s/ Valerie Figueredo, U.S.M.J.
> DATED: June 29, 2023
> The conference scheduled for June 30, 2023 is canceled. The Court will enter an order with a new conference date at a later time. The Clerk of Court is directed to terminate the motion at ECF No. 290.

Re:   CIDNY et al. v. MTA et al., No. 17-cv-2990

Dear Judge Figueredo:

      We represent the Defendants in the above-captioned matter and write to request an adjournment of the telephonic status conference currently scheduled for this Friday, June 30, at 2:30pm.  There has been no prior request to adjourn this conference.  The adjournment is requested because the majority of the attorneys on our team, including the undersigned, will be away on previously scheduled travel on that date.  We have conferred with counsel for Plaintiffs, and they do not oppose this request.  Counsel for both sides would be available to conduct the conference on July 5, 6, or 7.

      We thank the Court for its time and attention to this request.

Respectfully submitted,

Miriam Manber

cc:   All counsel of record (*via ECF*)