**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CENTER FOR INDEPENDENCE OF THE
DISABLED, NEW YORK ET AL.,

                      Plaintiffs,           **17-CV-02990 (GBD) (VF)**

       -against-                        <u>**ORDER**</u>

METROPOLITAN TRANSPORTATION
AUTHORITY ET AL.,

                      Defendants.
-----------------------------------------------------------------X
**VALERIE FIGUEREDO, United States Magistrate Judge**

      For the reasons stated at the conference on November 17, 2023, the Motion to Preclude Plaintiffs' Experts at ECF No. 274 is **DENIED.**

      As also discussed at the conference, the Parties are directed to meet and confer and submit a proposed schedule for the limited reopening of fact discovery in this matter by no later than December 1, 2023.

      **SO ORDERED.**

DATED:    New York, New York
           November 17, 2023

                                          _____
                                          VALERIE FIGUEREDO
                                          United States Magistrate Judge