UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CENTER FOR INDEPENDENCE OF THE
DISABLED, NEW YORK ET AL.,

                            Plaintiffs,                  17-CV-02990 (GBD) (VF)

      -against-                                **ORDER**

METROPOLITAN TRANSPORTATION
AUTHORITY ET AL.,

                            Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The Court adopts the parties' proposed deadline of February 29, 2024 for the limited reopening of fact discovery in this matter. Additionally, the Court adopts the proposed deadline of March 21, 2024 for Plaintiffs to submit a sur-reply in connection with Defendants' Motion for Summary Judgment. Defendants' request to submit a response thereto is denied.

      After conferring with Judge Daniels' Chambers, Defendants' Motion for Summary Judgment at ECF No. 255 is denied with leave to renew after the completion of discovery and once Plaintiffs have submitted their sur-reply. Once the motion is fully submitted after the submission of Plaintiffs' sur-reply, Judge Daniels will schedule oral argument.

      The Clerk of Court is directed to terminate the motions at ECF No. 254 and 255.

      **SO ORDERED.**

DATED:    New York, New York
                December 14, 2023

                                                                   VALERIE FIGUEREDO
                                                                   United States Magistrate Judge