UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
CENTER FOR INDEPENDENCE OF THE DISABLED, :
NEW YORK, *a nonprofit organization*; BROOKLYN :
CENTER FOR INDEPENDENCE OF THE DISABLED, :
*a nonprofit organization*; BRONX INDEPENDENT :
LIVING SERVICES, *a nonprofit organization*; HARLEM :
INDEPENDENT LIVING CENTER, *a nonprofit* :
*organization*; DISABLED IN ACTION OF :
METROPOLITAN NEW YORK, *a nonprofit* :
*organization*; NEW YORK STATEWIDE SENIOR :
ACTION COUNCIL, *a nonprofit organization*; SASHA :
BLAIR-GOLDENSOHN, *an individual*; DUSTIN JONES, :
*an individual, on behalf of themselves and all others* :
*similarly situated*, :         ORDER
                                            :
                    Plaintiffs, :         17 Civ. 2990 (GBD)
                                            :
          -against-             :
                                            :
METROPOLITAN TRANSPORTATION AUTHORITY, :
*a public benefit corporation*; VERONIQUE HAKIM, *in* :
*her official capacity as interim executive director of the* :
*Metropolitan Transportation Authority*; NEW YORK :
CITY TRANSIT AUTHORITY, *a public benefit* :
*corporation*; DARRYL C. IRICK, *in his official capacity* :
*as acting president of the New York City Transit Authority*, :
                                            :
                    Defendants. :
------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

Oral argument on Defendants' renewed motion for summary judgment (ECF No. 255, *renewed by* ECF No. 312) is scheduled for May 8, 2024 at 10:00 a.m.

Defendants' request to submit the complete transcripts for the depositions excerpted in ECF Nos. 310-3, 310-10, and 310-11 is GRANTED.

Dated: New York, New York
       April 3, 2024

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge