**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CENTER FOR INDEPENDENCE OF THE
DISABLED, NEW YORK ET AL.,

                          Plaintiffs,         **17-CV-02990 (GBD) (VF)**

          -against-                   **ORDER SCHEDULING**
                                                            **SETTLEMENT**
METROPOLITAN TRANSPORTATION             **CONFERENCE**
AUTHORITY ET AL.,

                          Defendants.
------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      A settlement conference in this matter has been scheduled for **Tuesday, April 29, 2025, at 10:00 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend the settlement conference, accompanied by that party's attorney, and corporate parties must send a representative with decision making authority to settle the matter to the conference.

      Defendant must respond to Plaintiff's previous demand, prior to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **April 22, 2025.**

**SO ORDERED.**

DATED:    New York, New York
               January 28, 2025

                                                                  _____
                                                                  VALERIE FIGUEREDO
                                                                  United States Magistrate Judge