UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CENTER FOR INDEPENDENCE OF THE
DISABLED, NEW YORK ET AL.,

                        Plaintiffs,                   **17-CV-02990 (GBD) (VF)**

           -against-                        **ORDER RESCHEDULING
                                                     SETTLEMENT
CONFERENCE**

METROPOLITAN TRANSPORTATION
AUTHORITY ET AL.,

                        Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      The settlement conference scheduled for Friday, July 25, 2025, is hereby rescheduled to **Wednesday, October 22, 2025, at 10:00 a.m.** in Courtroom 17A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **Wednesday, October 15, 2025**.

      **SO ORDERED.**

DATED:    New York, New York
               July 22, 2025

                                                       _____
                                                        VALERIE FIGUEREDO
                                                        United States Magistrate Judge