

655 Third Avenue, Suite 2619
New York, New York 10017-5621
(212) 644-8644
www.dralegal.org

October 27, 2025

**VIA ECF**

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Ctr. for Indep. of the Disabled, N.Y., et al. v. Metro. Transp. Auth., et al.*, No. 17 Civ. 2990 (GBD) (VF)

Dear Judge Daniels and Judge Figueredo:

Plaintiffs request, with Defendants' consent, an adjournment of the November 4, 2025 pretrial conference in the above-captioned matter. This is the parties' second request for an adjournment. The parties request that the Court adjourn the pretrial conference to a date that is convenient for the Court after the November 19, 2025 settlement conference before Judge Figueredo.

Very truly yours,

Madeleine J. Reichman
Senior Staff Attorney
mreichman@dralegal.org
(332) 217-2318

cc:   All counsel of record (*via ECF*)

The pretrial conference scheduled for November 4, 2025 is adjourned to December 2, 2025 at 10:00 a.m.

SO ORDERED:

George B. Daniels, U.S.D.J.

Dated: OCT 29 2025

Berkeley  •  Chicago  •  New York