

655 Third Avenue, Suite 2619
New York, New York 10017-5621
(212) 644-8644
www.dralegal.org

November 25, 2025

**VIA ECF**

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SO ORDERED:

*/s/ George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: NOV 25 2025

Re:   *Ctr. for Indep. of the Disabled, N.Y., et al. v. Metro. Transp. Auth., et al.*, No. 17 Civ. 2990 (GBD) (VF)

Dear Judge Daniels:

Plaintiffs request, with Defendants' consent, an adjournment of the December 2, 2025 pretrial conference in the above-captioned matter. This is the parties' third request for an adjournment.

The parties are continuing to engage in settlement negotiations and anticipate participating in a third settlement conference before Judge Figueredo in early 2026. The parties therefore request that the Court adjourn the pretrial conference indefinitely, or to a date that is convenient for the Court after the parties' next settlement conference before Judge Figueredo.

Very truly yours,

*/s/ Victoria Pilger*

Victoria Pilger
Staff Attorney
vpilger@dralegal.org
332-217-2329

cc:   All counsel of record (*via ECF*)