**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CENTER FOR INDEPENDENCE OF THE
DISABLED, NEW YORK ET AL.,

|                         |                                  |
|-------------------------|----------------------------------|
| Plaintiffs,             | **17-CV-02990 (GBD) (VF)**       |
| -against-               | **ORDER RESCHEDULING**           |
|                         | **CONFERENCE**                   |

METROPOLITAN TRANSPORTATION
AUTHORITY ET AL.,

Defendants.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

At the request of the parties, a continuation of the prior settlement conferences is hereby rescheduled for **Wednesday, June 10, 2026 at 10 a.m.**, in Courtroom 17A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 365.

**SO ORDERED.**

DATED:     New York, New York
           April 7, 2026

_____
VALERIE FIGUEREDO
United States Magistrate Judge