UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CENTER FOR INDEPENDENCE OF THE DISABLED, NEW YORK, a nonprofit organization, BROOKLYN CENTER FOR INDEPENDENCE OF THE DISABLED, a nonprofit organization, BRONX INDEPENDENT LIVING SERVICES, a nonprofit organization, HARLEM INDEPENDENT LIVING CENTER, a nonprofit organization, DISABLED IN ACTION OF METROPOLITAN NEW YORK, a nonprofit organization, NEW YORK STATEWIDE SENIOR ACTION COUNCIL, a nonprofit organization, SASHA BLAIR-GOLDENSOHN, an individual, and DUSTIN JONES, an individual, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>METROPOLITAN TRANSPORTATION AUTHORITY, a public benefit corporation, VERONIQUE HAKIM, in her official capacity as interim executive director of the Metropolitan Transportation Authority, NEW YORK CITY TRANSIT AUTHORITY, a public benefit corporation, and DARRYL C. IRICK, in his official capacity as acting president of the New York City Transit Authority,<br><br>Defendants. | Case No.: 1:17-cv-2990-GBD-VF<br><br>**MOTION TO WITHDRAW AS COUNSEL** |

PLEASE TAKE NOTICE THAT pursuant to Rule 1.4 of the Local Rules for the United States District Court for the Southern District of New York, Plaintiffs request that I, Victoria Pilger, be withdrawn as counsel for Plaintiffs and removed from the Court's service list for the above-captioned action, as I will be leaving my employment at Disability Rights Advocates. I

am not asserting a retaining or charging lien. My withdrawal will not prejudice any litigants in this case, harm the administration of justice, or delay resolution of this case, as other counsel for Plaintiffs —Shawna Parks and Eliana Fisher of Disability Rights Advocates, and Daniel Brown of Sheppard, Mullin, Richter & Hampton LLP— continue the representation in this matter. All future correspondence and papers in this action should continue to be directed to them.

Dated: July 30, 2026
New York, New York

MEMO ENDORSED

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: August 3, 2026**

The motion to withdraw is GRANTED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 370.

Victoria Pilger
Eliana Fisher
DISABILITY RIGHTS ADVOCATES
228 Park Ave S
Pmb 509115
New York, NY 10003-1502
Tel: (212) 644-8644
vpilger@dralegal.org
efisher@dralegal.org

Shawna Parks
DISABILITY RIGHTS ADVOCATES
455 Market Street
Suite 1940
Pmb 509115
San Francisco, CA 94105-2448
Tel: (510) 665-8644
sparks@dralegal.org

Daniel Brown
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Tel: (212) 653-8700
dlbrown@sheppardmullin.com

Attorneys for Plaintiffs