**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
CENTER FOR INDEPENDENCE OF THE DISABLED, NEW YORK ET AL.,

Plaintiffs,

-against-

METROPOLITAN TRANSPORTATION AUTHORITY ET AL.,

Defendants.
-----------------------------------------------------------------X

**17-CV-02990 (GBD) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge**

The parties are directed to file a joint update on the status of settlement on or by **Thursday, August 27, 2026**.

**SO ORDERED.**

DATED: New York, New York
August 13, 2026

VALERIE FIGUEREDO
United States Magistrate Judge