DISABILITY RIGHTS® ADVOCATES

**California Office**
455 Market St., STE 1940
PMB 509115
San Francisco, CA 94105-2448
(510) 665-8644

**Illinois Office**
980 N Michigan Ave., STE 1090
PMB 509115
Chicago, IL 60611-4521
(332) 217-2319

**New York Office**
228 Park Ave South
PMB 509115
New York, NY 10003-1502
(212) 644-8644

August 27, 2026

**VIA ECF**

Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Ctr. for Indep. of the Disabled, N.Y., et al. v. Metro. Transp. Auth., et al.*, No. 17 Civ. 2990 (GBD) (VF)

Dear Judge Figueredo:

The parties write jointly to update the Court on the status of settlement in the above-captioned matter. The parties have signed the settlement agreement and intend to file a motion for preliminary approval on Friday, August 28, 2026.

Sincerely,

Shawna Parks
Chief Litigation Officer
sparks@dralegal.org
(510) 495-0219

cc: All counsel of record (*via ECF*)